```
                    UNITED STATES DISTRICT COURT
                     MIDDLE DISTRICT OF FLORIDA
                        JACKSONVILLE DIVISION
```

WAYNE E. ALSTON,

      Plaintiff,

v.                                       CASE NO. 3:07-cv-791-J-25HTS

THE STATE OF FLORIDA,

      Defendant.

_____

## O R D E R

On October 1, 2007, Plaintiff filed the Amended Complaint (Doc. #8; Amended Complaint) in response to the Court's Order (Doc. #5). However, the document was not signed as required by Rule 11(a), Federal Rules of Civil Procedure. Accordingly, Plaintiff shall have ten (10) days from the date of this Order to file a signed version of the pleading.

**DONE AND ORDERED** at Jacksonville, Florida, this 31st day of October, 2007.

                                                  /s/      Howard T. Snyder
                                                  HOWARD T. SNYDER
                                                  UNITED STATES MAGISTRATE JUDGE

Copies to:

Counsel of Record and
     pro se parties, if any