UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

WAYNE E. ALSTON,

    Plaintiff,

v.                                              CASE NO. 3:07-cv-791-J-25JRK

FLORIDA DEPARTMENT OF
LAW ENFORCEMENT, THE STATE
OF FLORIDA, and FLORIDA
DEPARTMENT OF HIGHWAY AND
MOTOR VEHICLES,

    Defendants.

---

## ORDER

**THIS CAUSE** is before the Court on the Magistrate Judge's Report and Recommendation (Dkt. 17), recommending that (1) Plaintiff's Motion for Leave to Proceed *In Forma Pauperis*/ Affidavit of Indigency (Dkt. 2) be denied and (2) the Third Amended Complaint be dismissed for failure to state a claim on which relief may be granted and seeking monetary relief against a defendant who is immune from such relief. Plaintiff was furnished a copy of the Report and Recommendation and had an opportunity to file objections. Plaintiff filed a document which he identifies as a notice of appeal, which the Court will construe as an objection. (*See* Dkt. 20.)

Plaintiff states that he finds the Report and Recommendation to be very prejudicial and discriminating. However, Plaintiff does not provide any specific objections to the Report and Recommendation. Therefore, upon consideration of the Report and Recommendation of the Magistrate Judge, and upon this Court's review of the record, the Court finds that the Report and Recommendation should be adopted.

Accordingly, it is **ORDERED**:

1. Plaintiff's objection to the Magistrate Judge's Report and Recommendation is **OVERRULED**.

2. The Magistrate Judge's Report and Recommendation (Dkt. 17) is adopted and incorporated by reference in this Order.

3. Plaintiff's Motion to Proceed *In Forma Pauperis* (Dkt. 2) is **DENIED**.

4. This action is **DISMISSED** and the Clerk is directed to **close** this case.

**DONE AND ORDERED** in Chambers this 14 day of March, 2008.

HENRY LEE ADAMS, JR.
UNITED STATES DISTRICT JUDGE

Copies to: *pro se* Plaintiff
Counsel of Record

-2-